IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 17-273 |
| --- | --- | --- |
| v. | ) | (21 U.S.C. §§ 841(a)(1), |
|  | ) | and 841(b)(1)(C); and 18 U.S.C. |
|  | ) | §§ 922(g)(1) and 924(c)(1)(A)(i)) |
| DEVON DIXON | ) |  |
|  | ) | **[UNDER SEAL]** |

FILED OCT 10 2017 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 20, 2016, in the Western District of Pennsylvania, the defendant, DEVON DIXON, did knowingly, intentionally, and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, and serious bodily injury of J.K., a person known to the grand jury, resulted from the distribution and use of the mixture and substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

The grand jury further charges:

On or about October 20, 2016, in the Western District of Pennsylvania, the defendant, DEVON DIXON, did knowingly, intentionally, and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The grand jury further charges:

On or about October 20, 2016, in the Western District of Pennsylvania, the defendant, DEVON DIXON, after having been convicted on or about August 12, 2015, at Docket Number CP-02-CR-0014917-2014 in the Court of Common Pleas, County of Allegheny, Criminal Division, Commonwealth of Pennsylvania, of the crimes of Fleeing or Attempting to Elude an Officer, and Possession with the Intent to Manufacture or Deliver a Controlled Substance, which are crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, namely a Sig Sauer 9mm P250 pistol, bearing serial number 570C027175.

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT FOUR**

The grand jury further charges:

On or about October 20, 2016, in the Western District of Pennsylvania, the defendant, DEVON DIXON, did knowingly and unlawfully possess a firearm, that is, a Sig Sauer 9mm P250 pistol, bearing serial number 570C027175, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute and distribution of a substance containing a detectable amount of heroin, a Schedule 1 controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) as charged at Counts One and Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One through Four of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); and Title 28, United States Code, Section 2461(c).

2. As a result of the commission of the violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), charged in Count One and Two of this Indictment, defendant DEVON DIXON acquired $1,073.00 in United States currency, which was seized on October 20, 2016; and all of which constitutes and is derived from the proceeds obtained, directly and indirectly, from said violations, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1).

3. As a result of the knowing commission of the violations of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A)(i), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) charged in Counts One through Four of this Indictment, the firearm alleged in Counts Three and Four, that is, a Sig Sauer 9mm P250 pistol, bearing serial number 570C027175, which was involved and used in the knowing commission of those offenses, is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853(a)(2).

A True Bill,

_____
(Fore)person

_____
SOO C. SONG
Acting United States Attorney
DC ID No. 457268