

GOVERNMENT
EXHIBIT
CASE NO. 17-273 CRIM
EXHIBIT NO. Gov't Exh. 1

























