FD-302 (Rev. 5-8-10)      -1 of 2 -

**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    03/03/2017

The following report was provided by TFO Jaime Caterino for incorporation into 281C-PG-7214594-Devaugh Dixon.

On Thursday October 20, 2016 at approximately 1200hrs, I, TFO (Detective) Caterino along with SA Piccini, TFO'S Barrett, Demarco, Mordaunt and Neibel, all assigned to the FBI Fusion Center Task Force where investigating an overdose in North Braddock, Pa 15104 concerning ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

At approximately 1637hrs, I TFO Caterino, SA Picinni along with a Confidential Informant observed a tan/silver colored Chevrolet Impala bearing Pa registration KBP-4413 in the 400 block of Lobinger Avenue where the driver was positively identified by the CI as "STREETS", who sold the heroin that caused the overdose of ▮▮▮▮▮.

Due to the above information, investigators followed the above vehicle and requested the Braddock Police conduct a traffic stop in an attempt to identify the driver. Braddock Police along with North Braddock, Rankin and Whitaker conducted a traffic stop on the Whitaker side of the Rankin Bridge.

Officers removed both the driver and passenger of the above vehicle at which I was able to immediately identify the driver as Devon Dixon, dob ▮▮▮▮▮▮ and the passenger as Rondelle Prysock, ▮▮▮▮▮▮ I heard via radio that Dixon and Prysock, gave false names, which I notified officers that they were lying about their names. I ran both for wants and warrants and found that Dixon had an active warrant for violation of probation and Prysock had (3) Family Division warrants. Dixon and Prysock were placed in custody and transported to the Munhall Police Station for processing.

During an inventory search of the above vehicle, TFO Niebel recovered (71) stamp bags of suspected heroin stamped "INCREDIBLE HULK" in green ink, (12) stamp bags stamped "FINAL CALL" in black ink, (12) stamp bags stamped "BATMAN" in red ink, (10) stamp bags stamped "BO$$$" in blue ink, a baggie containing suspected crack cocaine and a .9mm semi-automatic Sig Sauer P250 firearm bearing serial #57C027175 containing (8) live rounds in the magazine and (1) live round in the chamber. Total U.S. currency found in

---

Investigation on   10/20/2016   at   Braddock, Pennsylvania, United States (In Person)

File #   281C-PG-7214594-DevaughnDixon       Date drafted   02/15/2017

by   Leonard Piccini Jr.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT B

the vehicle and on Dixon's person was $1073.00. (3) Cellular telephones were also recovered.

Dixon and Prysock were transported to the Allegheny County Jail for incarceration and all the above items were packaged and placed into evidence.

**EXHIBIT B**